**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Cindy Sheri Holifield**<br>    aka Cindy S. Holifield<br>    aka Cindy Holifield<br>    aka Cindy Nesbeth<br>    aka Cindy Sheri Nesbeth<br>    aka Cindy Sheri Holifield-Nesbeth<br>    aka Cindy S. Nesbeth<br><br><br>    **Debtor** | **BK NO. 18-01447 RNO**<br><br>**Chapter 13** |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/ James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322