UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                    :
CINDY SHERI HOLIFIELD                     :       CASE NO. 5-18-01447
                          Debtor :                CHAPTER 13
*************************************************************************
AMERICREDIT FINANCIAL SERVICES, :
INC., d/b/a GM FINANCIAL                  :
                                          :
                          Movant,         :
       vs.                                :
CINDY SHERI HOLIFIELD                     :
                          Respondents.    :
*************************************************************************

**DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM**
**AUTOMATIC STAY UNDER SECTION 362**
*************************************************************************

AND NOW COMES, Cindy Sheri Holifield, and files an Answer to AmeriCredit Financial Service's Motion for Relief From the Automatic Stay:

1.    Cindy Sheri Holifield, (hereinafter the "Debtor') filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2.    Charles J. DeHart, III, Esq. was appointed the Chapter 12 Trustee.

3.    Under the Chapter 13 Plan, Debtor was to make regular monthly payments to the Movant outside of the Plan.

4.    Movant indicated that the Debtor is behind on the monthly payments.

5.    Debtor fell behind on payments to the Movant. Debtor wishes to enter into a Stipulation to cure the remaining arrears over a six (6) month period.

6. Movant is not entitled to relief from the automatic stay as there is equity in the property encumbered by Movant's security interest, arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: April 16, 2019  /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CINDY SHERI HOLIFIELD | : | CASE NO. 5-18-01447 |
| Debtor | : | CHAPTER 13 |

***************************************************************************

| | | |
|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, | : | |
| INC., d/b/a GM FINANCIAL | : | |
| | : | |
| Movant, | : | |
| vs. | : | |
| CINDY SHERI HOLIFIELD | : | |
| Respondents. | : | |

***************************************************************************
## CERTIFICATE OF SERVICE
***************************************************************************

The undersigned hereby certifies that on April 16, 2019, he caused a true and correct copy of Debtors' Answer to AmeriCredit Financial Service's Motion for Relief from the Automatic Stay to be served via electronic filing to the CM/ECF participant at the following:

Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com

William E. Craig, Esq. at mortonlaw.bcraig@verizon.net

Date:  April 16, 2019      /s/Tullio DeLuca
                            Tullio DeLuca, Esq.