UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CINDY SHERI HOLIFIELD : CASE NO. 5-18-01447
         Debtor : CHAPTER 13
*******************************************************************
AMERICREDIT FINANCIAL SERVICES, :
INC., d/b/a GM FINANCIAL :
          :
         Movant, :
  vs. :
CINDY SHERI HOLIFIELD :
         Respondents. :
*******************************************************************

**PRAECIPE TO WITHDRAW DEBTORS' ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
*******************************************************************

AND NOW COMES, the Debtor, Cindy Holifield, by and through her attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtor's Answer to Movant's Motion for Relief from the Automatic Stay. Counsel for Movant consents to the withdrawal.

                                                        Respectfully submitted,

Date: May 13, 2019                        /s/Tullio DeLuca
                                                   Tullio DeLuca, Esq.,
                                                   PA ID# 59887
                                                   Attorney for Debtor
                                                   381 N. 9th Avenue
                                                   Scranton, PA 18504

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
CINDY SHERI HOLIFIELD : CASE NO. 5-18-01447
        Debtor : CHAPTER 13
*****************************************************************************
AMERICREDIT FINANCIAL SERVICES, :
INC., d/b/a GM FINANCIAL :
         :
        Movant, :
   vs. :
CINDY SHERI HOLIFIELD :
        Respondents. :

*****************************************************************************
**CERTIFICATE OF SERVICE**
*****************************************************************************

The undersigned hereby certifies that on May 13, 2019, he caused a true and correct copy of Debtor's Praecipe to Withdraw Answer to Movant's Motion for Relief from the Automatic Stay, to be served via electronic filing on the following CM/ECF users:

    Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com

    William E. Craig, Esq. at mortonlaw.bcraig@verizon.net


Date: May 13, 2019              /s/Tullio DeLuca
                                      Tullio DeLuca, Esq.