```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-01447-RNO
Cindy Sheri Holifield                                                                   Chapter 13
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: CourtneyW               Page 1 of 2                 Date Rcvd: Nov 20, 2019
                              Form ID: pdf010               Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
```
db              +Cindy Sheri Holifield,    302 Addison Road,    Stroudsburg, PA 18360-7907
5045692          AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
5045693          Apex Asset Management,    1286 Carmichael Way,    Montgomery, AL 36106-3645
5057721         +ECMC,    PO BOX 16408,    ST PAUL, MN 55116-0408
5045697          Emergency Care Services of PA, PC,    P.O. Box 1123,    Minneapolis, MN 55440-1123
5045700         +Laboratory Corp. of America,    P.O. Box 2240,    Burlington, NC 27216-2240
5045701         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5045702          Mercy Suburban Hospital,    P.O. Box 822963,    Philadelphia, PA 19182-2963
5045706         +PNC Bank,    Consumer Loan Center,    Mailstop: P5-PCLC-02-R,    2730 Liberty Ave.,
                  Pittsburgh, PA 15222-4704
5070913         +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5045705          Paramount Capital Group, Inc,    P.O. Box 409,    Conshohocken, PA 19428-0409
5045707         +Pocono Healthcare Mgmt.,,    206 East Brown St.,    East Stroudsburg, PA 18301-3006
5045711         +Udren Law Offices, PC,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                  Cherry Hill, NJ 08003-3620
5045712          University Of Alabama at Birmingham,    P.O. Box 11407 Drawer 624,    Brimingham, AL 35246-0624
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 20 2019 19:37:10
                  Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                  Arlington, TX 76014-4101
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 20 2019 19:37:10
                  Americredit Financial Services, Inc.Dba GM Financi,    P.O Box 183853,
                  Arlington, TX 76096-3853
5060836          E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 20 2019 19:37:10
                  Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                  Arlington, TX 76096
5057694         +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 20 2019 19:37:10
                  Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,
                  Arlington, TX 76096-3853
5045694         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 20 2019 19:40:57     Capital One,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
5045696         +E-mail/Text: bankruptcynotices@dcicollect.com Nov 20 2019 19:37:48     Diversified Consultants,
                  10550 Deerwood Park Blvd.,    309,    Jacksonville, FL 32256-2805
5045698          E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 20 2019 19:37:10     GM Financial,
                  P.O. Box 181145,    Arlington, TX 76096-1145
5045699          E-mail/Text: cio.bncmail@irs.gov Nov 20 2019 19:37:07     Internal Revenue Service,
                  Special Procedures Branch,    PO Box 7346,    Philadelphia, PA  19101-7346
5069893         +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2019 19:37:26     Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
5045703         +E-mail/Text: jbenner@nepafcu.org Nov 20 2019 19:37:10     NE PA Community FCU,    934 N. 9th St.,
                  Stroudsburg, PA 18360-1208
5051688         +E-mail/Text: jbenner@nepafcu.org Nov 20 2019 19:37:10     NE PA Community Federal Credit Union,
                  337 Clay Ave,    Stroudsburg, PA 18360-1288
5045704          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2019 19:37:21     PA Dept. of Revenue,
                  Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5047763          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2019 19:37:21
                  Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5045708         +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2019 19:40:04
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5045709         +E-mail/Text: appebnmailbox@sprint.com Nov 20 2019 19:37:24     Sprint,    P.O. Box 7993,
                  Overland Park, KS 66207-0993
5045710         +E-mail/Text: bankruptcydepartment@tsico.com Nov 20 2019 19:37:54
                  Transworld Systems, Inc. TSI,    500 Virginia Dr., Suite 514,    Ft. Washington, PA 19034-2733
5068409          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 20 2019 19:40:34     Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
5045713         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 20 2019 19:36:54
                  Verizon Bankruptcy Dept.,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
5045714         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 20 2019 19:41:07
                  Verizon by American Infosource, LP as ag,    4515 N. Santa Fe Ave.,
                  Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5045695*        +Cindy Sheri Holifield,    302 Addison Road,    Stroudsburg, PA 18360-7907
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:
　　　　　Charles J DeHart, III (Trustee)　　TWecf@pamd13trustee.com
　　　　　James  Warmbrodt　　on behalf of Creditor　　PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
　　　　　Tullio  DeLuca　　on behalf of Debtor 1 Cindy Sheri Holifield tullio.deluca@verizon.net
　　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　William E. Craig　　on behalf of Creditor　　Americredit Financial Services, Inc., d/b/a GM
　　　　　 Financial ecfmail@mortoncraig.com,　mortoncraigecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **CINDY SHERI HOLIFIELD**<br>AKA: CINDY S. NESBETH, CINDY S. HOLIFIELD,<br>CINDY HOLIFIELD,<br>CINDY NESBETH,<br>CINDY SHERI NESBETH,<br>CINDY SHERI HOLIFIELD NESBETH<br>**Debtor 1** | Chapter: 13<br><br>Case No.: 5:18-bk-01447-RNO |
| **CHARLES J. DEHART, III**<br>**CHAPTER 13 TRUSTEE**<br>vs.  **Movant(s)**<br><br>**CINDY SHERI HOLIFIELD**<br>AKA: CINDY S. NESBETH, CINDY S. HOLIFIELD,<br>CINDY HOLIFIELD,<br>CINDY NESBETH,<br>CINDY SHERI NESBETH,<br>CINDY SHERI HOLIFIELDNESBETH<br>**Respondent(s)** | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

November 19, 2019

Order Dismissing Case with Parties - Revised 9/17